(November 18, 1987)

■ Jerry's Auto Parts Inc., Appellant, v Jerry Sangiamo, Respondent.—In an action to recover compensatory and puni-tive damages for trespass, the plaintiff appeals from a judg-ment of the Supreme Court, Queens County (LaFauci, J.), entered August 27, 1986, which, after a nonjury trial, dis-missed the complaint.

Ordered that the judgment is affirmed, with costs.

The evidence adduced at the trial failed to establish that the defendant committed a trespass upon the plaintiff's prop-erty. In any event, there was a total failure of proof as to any damages. Thompson, J. P., Lawrence, Rubin and Spatt, JJ., concur.